**In re: Kenny D. KENNINGTON,**
**Sr., Debtor,**

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

George W. Chambers, III, Appellant,

v.

Kenny D. Kennington, Sr., Appellee.

No. 03-30435.

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 2004.

Melvin F Rick Fayard, Jr, Bossier City, LA, for Appellant.

Robert Harris Shemwell, Weems, Schimpf, Gilsoul, Haines & Carmouche, Shreveport, LA, for Appellee.

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM.*

After reviewing the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.